# IN THE SUPREME COURT OF THE STATE OF NEVADA

IKEMEFULA CHARLES IBEABUCHI,
Appellant,
vs.
DAVID Z. CHESNOFF; RICHARD A.
SCHONFELD; LAW OFFICES OF
GOODMAN & CHESNOFF D/B/A
GOODMAN & CHESNOFF,
Respondents.

No. 66855

**FILED**

JAN 2 1 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

On January 11, 2016, appellant filed in docket number 63222 a motion entitled "Voluntary Withdrawal of Appeals," in which he requests that this court dismiss all appeals from District Court case number A517292. Because the instant appeal also arises from District Court case number A517292, the clerk of this court is directed to file appellant's motion on the docket of this appeal also.

Cause appearing, appellant's motion for voluntary dismissal of this appeal is granted. This appeal is dismissed.[1] NRAP 42(b).

It is so ORDERED.

_____, C.J.
Parraguirre

cc:  Hon. Adriana Escobar, District Judge
     Ikemefula Charles Ibeabuchi
     Chesnoff & Schonfeld
     Eighth District Court Clerk

---

[1] In light of this order, all pending motions are denied as moot.

16-02187